UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO.: 1:07-cr-004 |
| PLAINTIFF, | : | |
| | : | |
| v. | : | |
| | : | |
| JAMES SMITH, | : | ORDER |
| DEFENDANT. | : | |

-------------------

This matter is before the Court on United States' Motion for Application of Funds (Doc. 26). No opposition has been filed by the defendant.

The United States requests that the Court order that $9,500.00, which the Defendant turned over to the Federal Bureau of Investigation on or about February 23, 2006, be applied to satisfy, in part, the restitution of $4,079,459.71 imposed by the Court on the Defendant in the Judgment entered on August 2, 2011 (Doc. 24).

Having reviewed this matter, the Court finds the United States' motion to be well-taken. Accordingly, the Motion for Application of Funds (Doc. 26) is GRANTED.

Therefore, it is hereby ORDERED that the $9,500.00, which the Defendant turned over to the Federal Bureau of Investigation on or about February 23, 2006, be applied to satisfy, in part, the restitution of $4,079,459.71 currently owed by the Defendant.


Date: January 3, 2012          s/Sandra S. Beckwith
                               Sandra S. Beckwith, Senior Judge
                               UNITED STATES DISTRICT COURT